**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

WINDSOR SURRY COMPANY,

        Plaintiff,

v.                                     Case No. 3:10-cv-00139-HEH

MILL DIRECT SALES, INC.,

and

GORDON MELVIN,
        Defendants.

**DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM**

Defendants, Gordon Melvin ("Melvin") and Mill Direct Sales, Inc. ("Mill Direct"), by counsel, have removed this case from the Circuit Court for the County of Surry, Virginia, and now move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint against them for failure to state a claim upon which relief may be granted as to all counts for Melvin and as to Count II for Mill Direct. For the reasons set forth in the accompanying Memorandum, the Motion should be granted.

Respectfully submitted on March 15, 2010.

                                            GORDON MELVIN and MILL DIRECT SALES, INC.

                                            /s/ Laura M. Grimes
BY:                 _____
                                            Of Counsel

**David N. Ventker**
Virginia Bar No. 29983
**Laura M. Grimes**
Virginia Bar No. 75998
VENTKER & WARMAN, PLLC
101 West Main Street, Suite 810
Norfolk, VA  23510
Telephone:  757.625.1192
Facsimile:  757.625.1475
lgrimes@ventkerlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 15, 2010, a copy of the foregoing was served via facsimile and  first class mail on:

    James C. Cosby, Esq.
    Michelle V. Wycinsky, Esq.
    VANDEVENTER BLACK, LP
    707 East Main St., Ste 1700
    PO Box 1558
    Richmond, VA 23218
    *Attorney for Plaintiff, Windsor*
    *Surry Mill Company*

      /s/ Laura M. Grimes
      _____
      **David N. Ventker**
      Virginia Bar No.:  75998
      VENTKER & WARMAN, PLLC
      101 West Main Street, Suite 810
      Norfolk, VA 23510
      Telephone:  757.625.1192
      Facsimile:  757.625.1475
      lgrimes@ventkerlaw.com